# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARELLANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY, a corporation; SMUCKER NATURAL FOODS, INC., a corporation; SMUCKER NATURAL FOODS, LLC, a limited liability company; SMUCKER FOODSERVICE, INC., a corporation; SMUCKER FRUIT PROCESSING CO., a corporation; SMUCKER RETAIL FOODS, INC., a corporation; SMUCKER SALES AND DISTRIBUTION COMPANY, a corporation, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a limited liability company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., a corporation; SMUCKER FRUIT PROCESSING COMPANY, a corporation; TRUROOTS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01540-WBS-DMC<br><br>[*Assigned to Hon. William B. Shubb, Ctrm. 5*]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PAY SANCTIONS**<br><br>Complaint Filed:   April 28, 2023<br>Date of Removal:  July 27, 2023 |

Case No. 2:23-cv-01540-WBS-DMC

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PAY SANCTIONS

1  The Court having considered Joint Stipulation to Extend Time for Plaintiff
2  to File Opposition to Defendants' Motion to Dismiss, makes the following Order:
3  **IT IS ORDERED** Joint Stipulation to Extend Time for Plaintiff to File
4  Opposition to Defendants' Motion to Dismiss and Pay Sanctions is GRANTED.
5  Plaintiff's deadline to file his Opposition to Defendants Motion to Dismiss and
6  Pay Sanctions is extended to November 6, 2023.

**IT IS SO ORDERED.**

Dated:  October 30, 2023

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE