# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARELLANO, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE J.M. SMUCKER COMPANY, a corporation; SMUCKER NATURAL FOODS, INC., a corporation; SMUCKER NATURAL FOODS, LLC, a limited liability company; SMUCKER FOODSERVICE, INC., a corporation; SMUCKER FRUIT PROCESSING CO., a corporation; SMUCKER RETAIL FOODS, INC., a corporation; SMUCKER SALES AND DISTRIBUTION COMPANY, a corporation, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a limited liability company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., a corporation; SMUCKER FRUIT PROCESSING COMPANY, a corporation; TRUROOTS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-01540-WBS-DMC<br><br>[*Assigned to Hon. William B. Shubb, Ctrm. 5*]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed:　April 28, 2023<br>Date of Removal:　July 27, 2023 |

The Court having considered Joint Stipulation to Extend Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss, makes the following Order:

**IT IS ORDERED** Joint Stipulation to Extend Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss is GRANTED.  Plaintiff's deadline to file his Opposition to  Defendants Motion to Dismiss is extended to November 17, 2023.

**IT IS SO ORDERED.**

Dated:  November 14, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE