UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARELLANO, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE J.M. SMUCKER COMPANY, a corporation; SMUCKER NATURAL FOODS, INC., a corporation; SMUCKER NATURAL FOODS, LLC, a limited liability company; SMUCKER FOODSERVICE, INC., a corporation; SMUCKER FRUIT PROCESSING CO., a corporation; SMUCKER RETAIL FOODS, INC., a corporation; SMUCKER SALES AND DISTRIBUTION COMPANY, a corporation; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a limited liability company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC. a corporation; SMUCKER FRUIT PROCESSING, COMPANY, a corporation; TRUROOTS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-01540-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE PENDING MAY 21, 2024 MEDIATION**<br><br>Complaint Filed:<br>Butte Superior Court<br>April 27, 2023<br><br>Removed to this Court:<br>July 27, 2023 |

ORDER

Upon review of the Parties' JOINT MOTION TO STAY CASE PENDING MAY 21, 2024, MEDIATION, and good cause appearing therein, it is hereby ORDERED that said motion is GRANTED. All pending deadlines and formal discovery are stayed pending the mediation; the Pretrial Conference is continued by sixty-five [65] calendar days to **July 14, 2025 at 1:30 p.m**.; and the jury trial is continued by sixty-five [65] days to **September 16, 2025 at 9:00 a.m.** The Parties are to file a joint statement regarding the status of mediation by **June 11, 2024** to propose further dates, as necessary.

**IT IS SO ORDERED.**

Dated: January 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Agreed to by:

WILSHIRE LAW FIRM

*/s/* Arsiné Grigoryan
Justin F. Marquez
Christina M. Le
Arsiné Grigoryan

*Attorneys for* Jose Arellano

KABAT CHAPMAN & OZMER LLP

*s/ Nathan D. Chapman*
Nathan D. Chapman

*Attorney* for TruRoots, LLC

DATED: January 24, 2024

ORDER
1