UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE ARELLANO, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>THE J.M. SMUCKER COMPANY, a corporation; SMUCKER NATURAL FOODS, INC., a corporation; SMUCKER NATURAL FOODS, LLC, a limited liability company; SMUCKER FOODSERVICE, INC., a corporation; SMUCKER FRUIT PROCESSING CO., a corporation; SMUCKER RETAIL FOODS, INC., a corporation; SMUCKER SALES AND DISTRIBUTION COMPANY, a corporation; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a limited liability company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., a corporation; SMUCKER FRUIT PROCESSING COMPANY, a corporation; TRUROOTS, LLC, a limited liability company; and DOES 1 through 10,inclusive,<br><br>            Defendants. | No. 2:23-cv-01540 WBS DMC<br><br>ORDER |

1

----oo0oo----

On January 25, 2024, the court stayed this action pending mediation and continued various dates in the case schedule.  (Docket No. 38.)  The parties now report that mediation was unsuccessful, and accordingly request that the court lift the stay and modify various case schedule dates. (Docket No. 41.)

IT IS THEREFORE ORDERED that the interim stay of this action (Docket No. 38) be, and the same hereby is, lifted.  The case schedule is hereby modified as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Disclose experts and produce initial expert reports | 9/24/2024 | **5/2/2025** |
| Disclose rebuttal experts and produce rebuttal expert reports | 10/23/2024 | **6/6/2025** |
| Discovery cut-off; last day for hearings on discovery issues | 11/20/2024 | **7/3/2025** |
| Filing motions, except motions for continuances, temporary restraining orders, or other emergency applications | 2/19/2025 | **9/5/2025** |
| Final pretrial conference | 5/5/2025 | **11/17/2025** |
| Jury trial | 7/8/2025 | **1/13/2026** |

Dated:  June 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2