# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARELLANO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE J.M. SMUCKER COMPANY, a corporation; SMUCKER NATURAL FOODS, INC., a corporation; SMUCKER NATURAL FOODS, LLC, a limited liability company; SMUCKER FOODSERVICE, INC., a corporation; SMUCKER FRUIT PROCESSING CO., a corporation; SMUCKER RETAIL FOODS, INC., a corporation; SMUCKER SALES AND DISTRIBUTION COMPANY, a corporation; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a limited liability company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC. a corporation; SMUCKER FRUIT PROCESSING, COMPANY, a corporation; TRUROOTS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-01540-WBS-DMC<br><br>Assigned to: Hon. William B. Shubb<br><br>**ORDER RE:**<br>**STIPULATION REQUESTING CONTINUANCE OF DEADLINE FOR SUBMITTING CLASS DATA TO SETTLEMENT ADMINISTRATOR** |

ORDER

**ORDER**

The Court has reviewed the Stipulation Requesting Continuance of Deadline for Submitting Class Data to Settlement Administrator filed by Plaintiff Jose Arellano and Defendant TruRoots, LLC, and GOOD CAUSE appearing, HEREBY ORDERS that:

TruRoots, LLC's deadline to submit the Class Data to the Settlement Administrator is CONTINUED to May 14, 2025. All other dates shall remain as set forth in the Order granting preliminary approval (Dkt. No. 51).

**IT IS SO ORDERED.**

Dated: April 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE