Nathan D. Chapman (SBN 338735)
nchapman@kcozlaw.com
Joseph W. Ozmer II (SBN 316203)
jozmer@kcozlaw.com
Paul G. Sherman (SBN 344700)
psherman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
707 Wilshire Blvd., Suite 4800
Los Angeles, CA  90017
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Attorneys for Defendant*
*TruRoots, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ARELLANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY, a corporation; SMUCKER NATURAL FOODS, INC., a corporation; SMUCKER NATURAL FOODS, LLC, a limited liability company; SMUCKER FOODSERVICE, INC., a corporation; SMUCKER FRUIT PROCESSING CO., a corporation; SMUCKER RETAIL FOODS, INC., a corporation; SMUCKER SALES AND DISTRIBUTION COMPANY, a corporation; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY LLC, a limited liability company; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC. a corporation; SMUCKER FRUIT PROCESSING, COMPANY, a corporation; TRUROOTS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01540-WBS-DMC<br><br>[*Assigned to Hon. William B. Shubb*]<br><br>**NON-OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Complaint Filed: April 28, 2023<br>Date of Removal:  July 27, 2023<br>Hearing Date:  January 5, 2026 |

PLEASE TAKE NOTICE that Defendants TruRoots, LLC, Smucker Natural Foods, Inc., and Smucker Natural Foods, LLC (collectively, "Defendants"), who are the only remaining Defendants[1] whose approval is necessary to proceed, file this Notice of Non-Opposition to Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement (D.E. 56).

Dated: December 22, 2025                                **KABAT CHAPMAN & OZMER LLP**

                                               *By: s/ Paul G. Sherman*
                                                Nathan D. Chapman
                                                Joseph W. Ozmer II
                                                Paul G. Sherman

                                               *Attorneys for Defendant,*
                                                TRUROOTS, LLC, SMUCKER NATURAL FOODS, INC. AND SMUCKER NATURAL FOODS, LLC

---

[1] Plaintiff inadvertently included other entities in his definition of "Defendants." (D.E. 56 at 1, 7.) Given that TruRoots, LLC, Smucker Natural Foods, Inc., and Smucker Natural Foods, LLC are the only remaining Defendants, Defendants respectfully request that Plaintiff's definition of "Defendants" be substituted to only include Defendants TruRoots, LLC, Smucker Natural Foods, Inc., and Smucker Natural Foods, LLC

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Blvd., Suite 4800, Los Angeles, California 90017.

On December 22, 2025, I served the foregoing document(s) described **NON-OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** on the interested parties to this action by delivering a copy thereof addressed to each of said interested parties at the following address(es):

Tyler Woods
Tyler.woods@wilshirelawfirm.com
Alan Wilcox
Alan.wilcox@wilshirelawfirm.com
Lucy Nguyen
Lucy.nguyen@wilshirelawfirm.com
Molly DeSario
molly.desario@wilshirelawfirm.com
Bradford Smith
bradford.smith@wilshirelawfirm.com
Arsiné Grigoryan
arsine.grigoryan@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010

*Attorneys for* Plaintiff Jose Arellano

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of the Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on December 22, 2025, at Los Angeles, California.

*s/ Paul G. Sherman*
Paul G. Sherman